# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2021

Bridget M. McCormack,
Chief Justice

163275(35)(36)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JACOB LANGSTON-PORTER LABELLE,
      Defendant-Appellant.

_____/

SC: 163275
COA: 357514
Washtenaw CC: 18-000596-FC

On order of the Chief Justice, the motion of the American Civil Liberties Union of Michigan et al. to file a brief amicus curiae is GRANTED. The amicus brief submitted on July 19, 2021, is accepted for filing. On further order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Roderick M. Hills, Jr., to appear and practice in this case under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2021



Clerk